

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00303-CV

---

### IN THE MATTER OF J.S.R., A CHILD

---

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. JU-2024G-018, Honorable Roland D. Saul, Presiding

---

January 30, 2026

## MEMORANDUM OPINION

### Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, J.S.R.,[1] a juvenile, appeals from the trial court's *Order on Motion in Bar of Prosecution for Lack of Jurisdiction*. Now pending before this Court is J.S.R.'s motion seeking to voluntarily dismiss this appeal. The motion contains a waiver of rights in compliance with Section 51.09 of the Family Code and is signed by J.S.R and his attorney. *See In re A.S.H.*, 619 S.W.3d 299, 301 (Tex. App.—Amarillo 2020, no pet.) (concerning voluntary dismissals of juvenile appeals). Accordingly, we grant the motion

---

[1] To protect the privacy of the minor involved, we refer to him by his initials. *See* TEX. R. APP. P. 9.8(c).

and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam